```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
MARIANELA SUSANA,                                                :
                                                                 :
                              Plaintiff,                         :
                                                                 :         20-CV-455 (JPC)
              -v-                                                :
                                                                 :             ORDER
                                                                 :
NY WATERWAY TOURS, LLC et al.,                                   :
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On October 8, 2020, the Court ordered the parties to submit a joint letter updating the Court on the status of the case by October 22, 2020. (Dkt. 16.) The parties failed to submit this letter to the Court. Within one week of the filing of this Order, it is hereby ORDERED that either (1) the parties must file on ECF the joint letter described in Dkt. 16 or (2) each party must submit a letter, of no more than five pages, showing cause why sanctions should not be imposed in light of the parties' failure to comply with the Court's Order of October 8, 2020.

SO ORDERED.

Dated: October 29, 2020
       New York, New York
                                                _____
                                                        JOHN P. CRONAN
                                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2020