```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MARIANELA SUSANA,                                                      :
                                                                       :
                              Plaintiff,                               :
                                                                       :          20 Civ. 455 (JPC)
               -v-                                                     :
                                                                       :                ORDER
NY WATERWAY et al.,                                                    :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The Court scheduled a telephonic conference for February 17, 2022 at 11:00 a.m. to discuss Defendants' "anticipated filing of a Motion to Dismiss Plaintiff's Complaint with prejudice for her continued failure to attend an Independent Medical Examination ("IME") and for failing to abide by [the Court]'s Order on November 17, 2021. (Doc. 56)." Dkt. 66 at 1.  It is hereby ORDERED that, in addition to counsel for the parties, Plaintiff Marianela Susana shall appear at the telephonic conference on February 17, 2022 at 11:00 a.m.  Plaintiff's counsel is directed to ensure Plaintiff's attendance at tomorrow's conference.  At the scheduled time, all participants should call (866) 434-5269, access code 9176261.

      SO ORDERED.

Dated: February 16, 2022
      New York, New York

                                                    JOHN P. CRONAN
                                               United States District Judge