UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
MARINELA SUSANA,                                                       :
                                                                       :
                           Plaintiff,                                  :
                                                                       :     20 Civ. 455 (JPC)
              -v-                                                      :
                                                                       :     ORDER
NY WATERWAY *et al.*,                                                  :
                                                                       :
                           Defendants.                                 :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On April 29, 2022, Defendant Port Imperial Ferry Corp. d/b/a NY Waterway ("Port Imperial") moved for summary judgment and for sanctions pursuant to Federal Rule of Civil Procedure 37 and the Court's inherent powers.  Dkts. 83-89.  Defendants NY Waterway and BillyBey Ferry Company, LLC ("BillyBey") did not join Port Imperial's motions.  That said, the Court notes that counsel from Hill, Betts & Nash, LLC, who filed the motions, represent all Defendants in this matter.  Accordingly, by February 28, 2023, counsel for Defendants shall file a letter informing the Court as to whether NY Waterway and BillyBey wish to join Port Imperial's motions.  If so, the Court will construe Port Imperial's motion papers as having been filed by all Defendants.

      SO ORDERED.

Dated: February 24, 2023
      New York, New York

                                              JOHN P. CRONAN
                                              United States District Judge