**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

MARIANELA SUSANA,

                      Plaintiff,

   -against-                                 20 **CIVIL** 455 (JPC)

                                                             **<u>JUDGMENT</u>**

NY WATERWAY et al.,

                      Defendants.

------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 20, 2023, Defendants' motion for summary judgment is granted, and their motion for sanctions is granted in part. Defendants are awarded sanctions in the amount of $660; accordingly, the case is closed.

**Dated:** New York, New York

      March 21, 2023

                                                              **RUBY J. KRAJICK**

                                                               _____
                                                                    **Clerk of Court**

                                             **BY:**     *K. Mango* (signature)

                                                               _____
                                                                   **Deputy Clerk**